IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MILLER'S MOBILE TIRE,<br><br>Defendant. | Civil Action No. 04-CV-01179 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

617371v1

Dated:  February 14, 2006                    THE BAYARD FIRM

                                             _M. Augustine_____
                                             Neil B. Glassman (No. 2087)
                                             Ashley B. Stitzer (No. 3891)
                                             Mary E. Augustine (No. 4477)
                                             222 Delaware Avenue, Suite 900
                                             P. O. Box 25130
                                             Wilmington, DE  19899
                                             Telephone:    (302) 655-5000

                                                  - and --

                                             LOWENSTEIN SANDLER PC
                                             Paul Kizel, Esquire
                                             65 Livingston Avenue
                                             Roseland, NJ 07068
                                             Telephone (973) 597-2500

                                             Co-Counsel for Perry Mandarino, not Personally,
                                             but as Trustee for the NationsRent Unsecured
                                             Creditor's Liquidating Trust

617371v1                        2