## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Mr. Wayne Miller
*Wayne Miller's Mobile Tire, Inc.*
P.O. Box 491
Pine Valley, CA 91962

_____
Mary E. Augustine (No. 4477)

617371v1